IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,

    Plaintiffs,

  v.

ROYCE B PETERSON ROOFING INC.,

    Defendant.
_____/

No. C 06-03400 CW

ORDER

    Default having been entered by the Clerk on July 14, 2006,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for September 29, 2006 is continued to December 15, 2006.

Dated: 7/21/06

                              CLAUDIA WILKEN
                              United States District Judge

cc: Wings